UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Personalized Brokerage Services, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Charles Lucius,<br>Insurance Formology, LLC,<br>Agency Backbone, LLC, and<br>Independent Brokerage, LLC,<br><br>      Defendants. | Court File No. 05-cv-1663  PAM/FLN<br><br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice of the parties filed with the Court as document number 135,

**IT IS ORDERED THAT:**

The above-captioned matter is dismissed with prejudice, each party to bear its own costs, disbursements and attorney's fees.

BY THE COURT

Dated:  December  2 , 2006

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court